# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

AMANDA BETHANY SMITH,
    Plaintiff

    v.     CASE NUMBER: 05-C-751

TRISHA STRATMAN and SCOTT BUTLER,
    Defendants

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action be and hereby is dismissed without prejudice for failure to prosecute.

    **IT IS FURTHER ORDERED** that this dismissal will not be counted as a "strike" under 28 U.S.C. § 1915(g).

| September 21, 2005 | SOFRON B. NEDILSKY |
|---|---|
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |